IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERRY WELDON                                                                                    PLAINTIFF

v.                                          Civil No. 6:20-CV-06020

GRIFFIN, *et al.*                                                                               DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed April 1, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8.) Judge Bryant notes Plaintiff failed to tender his filing fee as ordered (Text Only Order, Feb. 26, 2020, ECF No. 7) and recommends the case be dismissed without prejudice for failure to comply with the Federal Rules of Civil Procedure and Local Rules of Court and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Plaintiff's complaint should be and hereby is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**, this 20th day of May 2020.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE